*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


## MEMORANDUM OPINION

No. 04-10-00381-CV

### IN RE THE FROST NATIONAL BANK

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed: May 26, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On May 17, 2010, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-PC-0310, *styled In re: The Betty Anne Franke Trust*, in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.